## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:21-CV-01549-WFJ-TGW

Plaintiff:
**SANDRA VILLEGAS**

vs.

Defendant:
**DINING IN ENGLEWOOD LLC D/B/A KEN & BARB'S GROVE CITY KITCHEN**


MSI2021004878

For:
Luis A. Cabassa
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue
Suite 300
Tampa, FL 33602

Received by MercuryServe, Inc. on the 29th day of June, 2021 at 2:01 pm to be served on **Dining in Englewood, LLC d/b/a Ken & Barb's Grove City Kitchen c/o Alexander Livingston King, Registered Agent, 2000 Oyster Creek Dr., Englewood, FL 34224**.

I, Owen R. Youngblood, do hereby affirm that on the **1st day of July, 2021** at **6:59 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action and Complaint And Demand For Jury Trial, Civil Cover Sheet, Notice of Electronic Filing, and Discovery Motion Requirements** with the date and hour of service endorsed thereon by me, to: **BARBARA CYR** as **MANAGER** for **Dining in Englewood, LLC d/b/a Ken & Barb's Grove City Kitchen**, at the address of: **KEN & BARB'S GROVE CITY KITCHEN, 2000 OYSTER CREEK DRIVE, ENGLEWOOD, FL 34224**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/1/2021  6:59 pm  ALEXANDER LIVINGSTON KING NOT PRESENT. MANAGER BARBARA CYR ADVISED SHE WAS AUTHORIZED TO ACCEPT.

**Description** of Person Served: Age: 59, Sex: F, Race/Skin Color: WHITE, Height: 5'8", Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Owen R. Youngblood**
20th Judicial Circuit #157618

**MercuryServe, Inc.
412 East Madison Street
Suite 815
Tampa, FL 33602
(813) 223-5400**

Our Job Serial Number: MSI-2021004878

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| SANDRA VILLEGAS, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DINING IN ENGLEWOOD LLC d/b/a KEN & BARB'S GROVE CITY KITCHEN, <br><br> *Defendant(s)* | Civil Action No. <br><br> 8:21-cv-01549-WFJ-TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DINING IN ENGLEWOOD LLC
d/b/a KEN & BARB'S GROVE CITY KITCHEN
c/o Alexander Livingston King, Registered Agent
2000 Oyster Creek Drive
Englewood, FL  34224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Luis A. Cabassa
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL  33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 28, 2021                              LindsayRichards

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: