**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SANDRA VILLEGAS,**

    **Plaintiff,**

v.                                       **CASE NO.: 8: 21-cv-1549-WFJ-TGW**

**DINING IN ENGLEWOOD LLC**
**d/b/a KEN & BARB'S GROVE**
**CITY KITCHEN,**

    **Defendant.**
_____/

**JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09 and Paragraph 5 of the FLSA Scheduling Order, Plaintiff, SANDRA VILLEGAS, and Defendant, DINING IN ENGLEWOOD LLC d/b/a KEN & BARB'S GROVE CITY KITCHEN, by and through undersigned counsel, hereby notify the Court that the above-styled action has been resolved. The parties anticipate filing a motion for approval of settlement within the next 14 days.

Respectfully submitted this 30th day of July 2021.

| | |
|---|---|
| SPIRE LAW, LLC<br>2572 W. State Road 426, Suite 2088<br>Oviedo, FL 32765<br>Telephone: (407) 949-0135<br><br>BY: */s/ Ashwin R. Trehan*<br>    Ashwin R. Trehan<br>    Florida Bar Number: 42675<br>    E-mail: ashwin@spirelawfirm.com<br>    Counsel for Defendant | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone: 813-224-0431<br><br>BY: */s/ Luis A. Cabassa*<br>    Luis A. Cabassa<br>    Florida Bar Number: 0053643<br>    E-mail: lcabassa@wfclaw.com<br>    Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of July 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Luis A. Cabassa*
**LUIS A. CABASSA**